UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAROD ALEXANDER LILLY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:11CV0088 HEA |
| JEFF NORMAN, et al., | ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Plaintiff filed this action on May 18, 2011, against ten defendants. For over a year, the Court has dealt primarily with dismissing named defendants for plaintiff's failure to bring a valid claim, and for failure to prosecute altogether. At this time, two defendants –Dr. Jarrod Flood and Debbie Judy– have not yet been served because plaintiff has not provided the Court with their current addresses.

Rule 4(m) permits the Court to dismiss an action against a defendant without prejudice if a defendant is not served within 120 days after a complaint is filed. Plaintiff shall show cause within fourteen days of the date of this order why these four defendants should not be dismissed under Rule 4(m). If plaintiff fails to show adequate cause, the Court will dismiss these four defendants without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall show cause why defendants Dr. Jarrod Flood and Debbie Judy should not be dismissed from this action without prejudice for lack of timely service.

Dated this 31st day of January, 2013.

*[signature]*

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE